## Commonwealth *v.* Schiefer, Appellant.

Submitted December 2, 1974. *Calvin S. Drayer, Jr.,*

Assistant Public Defender, and *Timothy F. Hennessey*, Public Defender, for appellant; *Stewart J. Greenleaf* and *J. David Bean*, Assistant District Attorneys, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.